LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600
SBN: 007395
ecf@sdglaw.net

Attorneys for Debtors

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>METRO RESTAURANTS, INC., ☐<br><br>Debtor.<br><br>In re<br><br>MCMAHON'S STEAKHOUSE, LLC, ☐<br><br>Debtor.<br><br>In re<br><br>OLD PUEBLO GRILL, LLC, ☐<br><br>Debtor.<br><br>In re<br><br>METROPOLITAN GRILL, LLC, ☒<br><br>Debtor. | In Proceedings Under Chapter 11<br><br>NO.   4-14-bk-01278-BMW<br>         4-14-bk-01281-BMW<br>         4-14-bk-01283-BMW<br>         4-14-bk-01284-BMW<br>(jointly administered)<br><br>**MOTION TO DISMISS METROPOLITAN GRILL, LLC** |

      Metropolitan Grill, LLC, the Debtor and Debtor-in-Possession in the above-captioned chapter 11 case, jointly administered with other related entities, hereby moves this Court, pursuant to Bankruptcy Code § 1112, and hereby moves to dismiss this case for the reason

MOTION TO DISMISS - METROPOLITAN GRILL.doc

and on the grounds the Debtor has ceased operations, and is no longer in a position to move forward with a reorganization. Moreover, for the reasons set forth below, dismissal of this case is in the best interest of creditors.

In support of its Motion, the Debtor states as follows:

1. On January 31, 2014, the Debtor filed its Voluntary Petition, thereby commencing the above-captioned chapter 11 case. Since the filing of the Petition, the Debtor has operated its business in the ordinary course.

2. The Debtor operates a restaurant on North Oracle Road in Tucson, Arizona, known as Metropolitan Grill. The restaurant has been in operation for 18 years.

3. The restaurant occupies leased space of approximately 9000 square feet.

4. As a result of the recent recession, changes in the market place, and other factors, the Debtor is no longer able to operate profitably, and has determined that it cannot reorganize. As a consequence, the Debtor has, as of May 31, 2014, ceased all business operations, closed its doors, and is no longer receiving any income from operations.

5. The Debtor has, by operation of law under Bankruptcy Code § 365, not assumed its lease with its current landlord, and has negotiated with its landlord for the orderly turnover of the premises it operates.

6. In addition to whatever landlord's lien may be held by the owner of the premises occupied by the Debtor, the assets of the Debtor located at the premises are subject to assertive liens by Rewards Network Establishment Services, Inc., and CAN Capital Asset Servicing, Inc.

7. The Debtor does not believe there is any value in any of its assets for the benefit of unsecured creditors and, accordingly, believes the dismissal of this case is in the best of all creditors.

MOTION TO DISMISS - METROPOLITAN GRILL.doc

WHEREFORE, the Debtor respectfully requests that this case be dismissed forthwith, and in no event later than June 30, 2014, so as to avoid any additional accrual of fees to the United States Trustee.

RESPECTFULLY SUBMITTED this 4th day of June, 2014.

LAW OFFICE OF SCOTT D. GIBSON, PLLC

By: _____
    Scott D. Gibson
    Attorneys for Debtors

CERTIFICATE OF SERVICE

Original electronically filed and copies of the foregoing served via the Court's CM/ECF Notification System this 4th day of June, 2014, on all Electronic Case Filing Participants that have appeared in the above-captioned case, or U.S. Mail to parties not registered through CM/ECF.

| | |
|---|---|
| Renee Sandler Shamblin<br>United States Trustee<br>230 N. First Ave., Suite 204<br>Phoenix, AZ 85003 | W. Scott Jenkins, Jr.<br>Alissa A. Brice<br>RYLEY CARLOCK & APPLEWHITE<br>One North Central Avenue, Suite 1200<br>Phoenix, AZ 85004-4417<br>Attorneys for Resolute Commercial Services |
| Sally M. Darcy<br>MCEVOY, DANIELS & DARCY, PC<br>4560 East Camp Lowell Drive<br>Tucson, AZ 85712<br>Attorney for Christopher Linscott | Matthew H. Sloan<br>Jennings, Haug, & Cunningham, LLP<br>2800 N. Central Ave., Suite 1800<br>Phoenix, AZ 85004<br>Attorneys for National Bank of Arizona |
| Jonathan M. Saffer<br>Jill H. Perrella<br>SNELL & WILMER<br>One South Church Avenue, Suite 1500<br>Tucson, Arizona 85701-1630<br>Attorneys for Alliance Bank of Arizona | Frederick J. Peterson<br>David J. Hindman<br>Mesch, Clark & Rothschild, P.C.<br>259 N. Meyer Ave.<br>Tucson, AZ 85701<br>Attorneys for Shamrock Foods Corporation |

MOTION TO DISMISS - METROPOLITAN GRILL.doc

LAW OFFICE OF
SCOTT D. GIBSON, PLLC
2329 N. TUCSON BLVD.
TUCSON, ARIZONA 85716
(520) 784-2600

| | |
|---|---|
| Isaac M. Gabriel, Esq. <br> Amy D. Reyes, Esq. <br> QUARLES & BRADY, LLP <br> One Renaissance Square <br> Two North Central Avenue <br> Phoenix, AZ 85004-2391 <br> Attorneys for Rewards Network Establishment Services, Inc. | William Scott Jenkins <br> Jill M. Hulszier <br> MYERS & JENKINS, P.C. <br> One East Camelback Road, Suite 500 <br> Phoenix, AZ 85012 <br> Attorneys for Roseville Tucson, LLC, HJ Tucson, LLC, Rielly Tucson LLC, Obradovich Tucson, LLC and Fair Oaks Tucson, LLC |
| Pat P. Lopez, III <br> Rebecca K. O'Brien <br> RUSING, LOPEZ & LIZARDI, PLLC <br> 6363 N. Swan Road, Suite 151 <br> Tucson, AZ 85718 <br> Attorneys for LALI Investments, LLC | Southern Arizona Tomato Distributor <br> Attn: Derek Jordan <br> 8351 E. Desert Steppes Drive <br> Tucson, AZ 85710 <br> Creditor |
| Alan S. Gerger <br> DUNN, NEAL & GERGER, LLP <br> 3006 Brazos Street <br> Houston, TX 77006 <br> Attorneys for CAN Capital Asset Servicing, Inc. <br>     Fka NewLogic Business Loans, Inc. | Los Milagros Tortilleria LLC <br> Attn: Erica Frisby <br> 1700 S. 4th Avenue <br> Tucson, AZ 85713 <br> Creditor |
| Gerald K. Smith <br> John C. Smith <br> Julia L. Matter <br> 6720 E. Camino Principal, Suite 100 <br> Tucson, AZ 85715 <br> Attorneys for CAN Capital Asset Servicing, Inc. <br>     Fka NewLogic Business Loans, Inc. | F&S Distributors <br> Attn: Larry Nagel <br> 1251 S. Tyndall Avenue #109 <br> Tucson, AZ 85713 <br> Creditor <br><br> Susan M. Freeman <br> Robert M. Charles <br> LEWIS ROCA ROTHGERBER LLP <br> One South Church, Suite 700 <br> Tucson, AZ 85701-1611 <br> Attorneys for Paul and Jo Ann Oreffice |

By: /s/ Maria Calderon

MOTION TO DISMISS - METROPOLITAN GRILL.doc