**EXHIBIT "C"**



**P.O. Box 2830, Omaha, NE 68103-2830**

# Account Statement

May 1, 2014 - May 31, 2014

Page 1 of 6

>001017 4217960 0001 008230 10Z
METROPOLITAN GRILL LLC
DEBTOR IN POSSESSION
GENERAL ACCOUNT
4644 E FT LOWELL RD
TUCSON AZ 85712-1111

## At your service

 bankofthewest.com

 1-800-488-2265

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.



Looking for a simple and low-cost Payroll option for your business? Check out DIY Payroll from ADP. Ask your Bank of the West banker or refer to bankofthewest.com for more information and to enroll.

## CHOICE BUSINESS CHECKING 033-179614
METROPOLITAN GRILL LLC

| ACCOUNT SUMMARY | | EARNINGS SUMMARY | |
|---|---:|---|---:|
| **Beginning Balance** | **$5,122.69** | Interest this statement period | $0.00 |
| 55 Credits | 114,855.04 | Interest credited year-to-date | $0.00 |
| 14 Deposits | 5,137.90 | Annual percentage yield earned | 0.00% |
| 49 Withdrawals | -99,969.67 | Average monthly balance | $6,321.96 |
| 43 Checks | -22,249.37 | | |
| **Ending Balance** | **$2,896.59** | | |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

Member  

## CHOICE BUSINESS CHECKING xxx-xx9614 *(continued)*
ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---:|---|
| 05/01 | $382.09 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 050114 5022402770 CCD |
| 05/01 | 403.52 | ELECTRONIC DEP US FOODSERVICE VENDOR PAY 050114 050134010488000 CTX |
| 05/01 | 1,964.48 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 050114 650000007479168 CCD |
| 05/02 | 352.66 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 050214 5022402770 CCD |
| 05/02 | 3,108.44 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 050214 650000007479168 CCD |
| 05/05 | 540.09 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 050514 5022402770 CCD |
| 05/05 | 1,133.79 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 050514 5022402770 CCD |
| 05/05 | 2,407.27 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 050514 650000007479168 CCD |
| 05/06 | 2,731.85 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 050614 650000007479168 CCD |
| 05/06 | 3,479.76 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 050614 650000007479168 CCD |
| 05/06 | 3,619.58 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 050614 650000007479168 CCD |
| 05/07 | 503.77 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 050714 5022402770 CCD |
| 05/07 | 1,981.46 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 050714 650000007479168 CCD |
| 05/08 | 2,148.75 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 050814 650000007479168 CCD |
| 05/08 | 2,232.79 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 050814 5022402770 CCD |
| 05/09 | 500.17 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 050914 5022402770 CCD |
| 05/09 | 2,156.27 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 050914 650000007479168 CCD |
| 05/12 | 266.53 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 051214 5022402770 CCD |
| 05/12 | 1,040.34 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 051214 5022402770 CCD |
| 05/12 | 2,108.02 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051214 650000007479168 CCD |
| 05/12 | 3,374.02 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051214 650000007479168 CCD |
| 05/12 | 3,586.25 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051214 650000007479168 CCD |
| 05/13 | 467.65 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 051314 5022402770 CCD |
| 05/13 | 10,363.79 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051314 650000007479168 CCD |
| 05/14 | 441.58 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 051414 5022402770 CCD |
| 05/14 | 1,672.41 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051414 650000007479168 CCD |
| 05/15 | 2,323.83 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051514 650000007479168 CCD |
| 05/15 | 2,751.75 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 051514 5022402770 CCD |
| 05/16 | 125.06 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 051614 5022402770 CCD |
| 05/16 | 2,476.46 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051614 650000007479168 CCD |
| 05/19 | 483.58 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 051914 5022402770 CCD |
| 05/19 | 757.60 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 051914 5022402770 CCD |
| 05/19 | 3,193.06 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051914 650000007479168 CCD |
| 05/19 | 3,992.88 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051914 650000007479168 CCD |
| 05/19 | 4,677.28 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 051914 650000007479168 CCD |
| 05/20 | 826.13 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 052014 5022402770 CCD |
| 05/20 | 3,387.57 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 052014 650000007479168 CCD |
| 05/21 | 647.76 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 052114 5022402770 CCD |
| 05/21 | 2,024.65 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 052114 650000007479168 CCD |
| 05/22 | 428.37 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 052214 5022402770 CCD |
| 05/22 | 3,179.72 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 052214 650000007479168 CCD |
| 05/23 | 407.93 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 052314 5022402770 CCD |
| 05/23 | 1,000.00 | ONLINE TRANSFER TRANSFER FROM CHECKING ***-**5524 |
| 05/27 | 176.58 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 052714 5022402770 CCD |
| 05/27 | 645.85 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 052714 5022402770 CCD |
| 05/27 | 725.37 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 052714 5022402770 CCD |





# BANK OF THE WEST

## CHOICE BUSINESS CHECKING xxx-xx9614 (continued)
ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---|---|
| 05/27 | $2,795.28 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 052714 650000007479168 CCD |
| 05/27 | 4,563.66 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 052714 650000007479168 CCD |
| 05/27 | 4,813.44 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 052714 650000007479168 CCD |
| 05/27 | 5,512.66 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 052714 650000007479168 CCD |
| 05/28 | 1,108.49 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 052814 5022402770 CCD |
| 05/28 | 2,636.01 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 052814 650000007479168 CCD |
| 05/28 | 3,637.51 | ELECTRONIC DEP HRTLAND PMT SYS TXNS/FEES 052814 650000007479168 CCD |
| 05/29 | 1,307.36 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 052914 5022402770 CCD |
| 05/30 | 1,281.87 | ELECTRONIC DEP AMERICAN EXPRESS SETTLEMENT 053014 5022402770 CCD |

55 credits for a total of $114,855.04

### Deposits

| Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|
| 05/02 | $251.14 | 05/06 | $719.70 | 05/15 | $10.00 |
| 05/02 | 461.00 | 05/09 | 353.00 | 05/15 | 235.35 |
| 05/06 | 30.00 | 05/09 | 938.22 | 05/23 | 276.00 |
| 05/06 | 37.00 | 05/12 | 378.00 | 05/23 | 446.00 |
| 05/06 | 83.00 | 05/12 | 919.49 | | |

14 deposits for a total of $5,137.90

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 05/01 | $5,716.00 | ONLINE TRANSFER<br>TRANSFER TO CHECKING ***-**5524 |
| 05/01 | 20.00 | MONTHLY SVC CHG<br>PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 05/01 | 178.91 | ELECTRONIC DBT HRTLAND PMT SYS TXNS/FEES 050114 650000007479168 CCD |
| 05/01 | 413.50 | ELECTRONIC DBT SQUIRREL SYSTEMS ACH 050114 PPD |
| 05/02 | 2,500.00 | ONLINE TRANSFER<br>TRANSFER TO CHECKING ***-**5524 |
| 05/02 | 197.73 | ELECTRONIC DBT SQUIRREL SYSTEMS ACH 050214 PPD |
| 05/02 | 607.15 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 050214 050234010488000 CTX |
| 05/05 | 1,000.00 | ONLINE TRANSFER<br>TRANSFER TO CHECKING ***-**5524 |
| 05/05 | 30.90 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 050514 050534010488000 CTX |
| 05/05 | 473.91 | ELECTRONIC DBT Pacific Seafood EDI PYMNTS 050514 201405028000690 CTX |
| 05/05 | 3,933.98 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 050514 050534010488000 CTX |
| 05/06 | 1,500.00 | ONLINE TRANSFER<br>TRANSFER TO CHECKING ***-**5524 |
| 05/06 | 2,000.00 | ONLINE TRANSFER<br>TRANSFER TO CHECKING ***-**5524 |
| 05/06 | 504.25 | ELECTRONIC DBT Rewards Network Collection 050614 25350-021038301 CCD |
| 05/07 | 3,000.00 | ONLINE TRANSFER<br>TRANSFER TO CHECKING ***-**5524 |
| 05/07 | 1,161.42 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 050714 050734010488000 CTX |
| 05/08 | 7,705.00 | ONLINE TRANSFER<br>TRANSFER TO CHECKING ***-**5524 |
| 05/12 | 495.30 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 051214 051234010488000 CTX |

 bankofthewest.com     📱 1-800-488-2265

## CHOICE BUSINESS CHECKING xxx-xx9614 (continued)
ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 05/12 | $684.77 | ELECTRONIC DBT Pacific Seafood EDI PYMNTS 051214 201405098000690 CTX |
| 05/12 | 7,449.81 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 051214 051234010488000 CTX |
| 05/13 | 59.88 | ELECTRONIC DBT Alliance Beverag FintechEFT 051314 86-0835016 CCD |
| 05/13 | 67.50 | ELECTRONIC DBT Finley Distribut FintechEFT 051314 86-0835016 CCD |
| 05/13 | 504.25 | ELECTRONIC DBT Rewards Network Collection 051314 25374-021050018 CCD |
| 05/14 | 30.90 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 051414 051434010488000 CTX |
| 05/14 | 876.69 | ELECTRONIC DBT Alliance Beverag FintechEFT 051414 86-0835016 CCD |
| 05/15 | 7,013.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5524 |
| 05/15 | 304.65 | ELECTRONIC DBT Finley Distribut FINTECHEFT 051514 86-0835016 CCD |
| 05/15 | 351.58 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 051514 051534010488000 CTX |
| 05/15 | 375.50 | ELECTRONIC DBT GOLDEN EAGLE DIS FINTECHEFT 051514 86-0835016 CCD |
| 05/16 | 5,000.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5524 |
| 05/16 | 742.23 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 051614 051634010488000 CTX |
| 05/19 | 666.49 | ELECTRONIC DBT Southern Wine & FintechEFT 051914 86-0835016 CCD |
| 05/19 | 1,160.27 | ELECTRONIC DBT Pacific Seafood EDI PYMNTS 051914 201405168000690 CTX |
| 05/19 | 4,108.85 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 051914 051934010488000 CTX |
| 05/20 | 2,000.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5524 |
| 05/20 | 504.25 | ELECTRONIC DBT Rewards Network Collection 052014 25398-021061644 CCD |
| 05/21 | 1,000.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5524 |
| 05/21 | 2,547.69 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 052114 052134010488000 CTX |
| 05/22 | 1,000.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5524 |
| 05/23 | 7,650.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5524 |
| 05/27 | 100.00 | ELECTRONIC DBT Golden Eagle Dis FintechEFT 052714 86-0835016 CCD |
| 05/27 | 820.15 | ELECTRONIC DBT Pacific Seafood EDI PYMNTS 052714 201405238000690 CTX |
| 05/28 | 99.73 | BANK DEBIT CONVERTED PAPER REJECT 100029 CHECK #: 3151 |
| 05/28 | 123.00 | ELECTRONIC DBT Southern Wine & FintechEFT 052814 86-0835016 CCD |
| 05/28 | 504.25 | ELECTRONIC DBT Rewards Network Collection 052814 25426-021083018 CCD |
| 05/28 | 2,349.60 | ELECTRONIC DBT US FOODSERVICE VENDOR PAY 052814 052734010488000 CTX |
| 05/29 | 10,000.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5524 |
| 05/29 | 436.58 | ELECTRONIC DBT OPENTABLE ACH 052914 31420 CCD |
| 05/30 | 10,000.00 | ONLINE TRANSFER TRANSFER TO CHECKING ***-**5524 |

49 withdrawals for a total of $99,969.67

### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 331 | 05/19 | 1,978.23 | 3079 | 05/02 | 330.00 | 3098* | 05/08 | 217.08 |
| 3078* | 05/06 | 100.00 | 3095* | 05/13 | 325.00 | 3100* | 05/01 | 102.00 |

*Break in check number sequence.*

 bankofthewest.com   1-800-488-2265

## CHOICE BUSINESS CHECKING xxx-xx9614 (continued)

ACCOUNT DETAIL

### Checks Paid



| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 3102* | 05/07 | 481.95 | 3120* | 05/19 | 4,000.00 | 3136* | 05/29 | 25.00 |
| 3104* | 05/13 | 83.60 | 3121 | 05/21 | 776.33 | 3137 | 05/27 | 172.40 |
| 3105 | 05/09 | 180.00 | 3122 | 05/19 | 283.76 | 3139* | 05/27 | 25.00 |
| 3107* | 05/14 | 576.00 | 3123 | 05/20 | 85.86 | 3142* | 05/28 | 131.90 |
| 3108 | 05/13 | 613.81 | 3124 | 05/15 | 1,594.00 | 3143 | 05/30 | 450.00 |
| 3109 | 05/13 | 346.85 | 3125 | 05/21 | 160.65 | 3144 | 05/28 | 59.46 |
| 3110 | 05/13 | 1,647.89 | 3128* | 05/28 | 381.66 | 3145 | 05/28 | 82.00 |
| 3112* | 05/12 | 333.33 | 3129 | 05/19 | 233.00 | 3154* | 05/29 | 738.00 |
| 3113 | 05/21 | 167.50 | 3130 | 05/22 | 180.00 | 33179614* | 05/02 | 198.00 |
| 3114 | 05/20 | 1,184.85 | 3131 | 05/29 | 325.00 | 33179614* | 05/06 | 342.00 |
| 3115 | 05/12 | 639.00 | 3132 | 05/30 | 613.14 | 33179614* | 05/23 | 650.00 |
| 3116 | 05/14 | 383.00 | 3133 | 05/29 | 222.73 | | | |
| 3117 | 05/19 | 450.00 | 3134 | 05/30 | 379.39 | | | |

43 checks paid for a total of $22,249.37

*Break in check number sequence.*

Case 4:14-bk-01278-BMW    Doc 122-3    Filed 06/13/14    Entered 06/13/14 17:51:26    Desc Exhibit C    Page 6 of 11

# BANK OF THE WEST

P.O. Box 2830, Omaha, NE 68103-2830

>001026 4217960 0001 008230 10Z
METROPOLITAN GRILL LLC
DEBTOR IN POSSESSION
PAYROLL ACCOUNT
4044 E FT LOWELL RD
TUCSON AZ 85712-1111

# Account Statement

May 1, 2014 - May 31, 2014

Page 1 of 6

## At your service

 bankofthewest.com

 1-800-488-2265

Thank you for banking with Bank of the West. We appreciate your business and look forward to continuing to serve your banking needs.

Looking for a simple and low cost Payroll option for your business? Check out DIY Payroll from ADP. Ask your Bank of the West banker or refer to bankofthewest.com for more information and to enroll.

## CHOICE BUSINESS CHECKING 033-485524

METROPOLITAN GRILL LLC

| ACCOUNT SUMMARY | | EARNINGS SUMMARY | |
|---|---:|---|---:|
| **Beginning Balance** | **$743.05** | Interest this statement period | $0.00 |
| 16 Credits | 67,104.00 | Interest credited year-to-date | $0.00 |
| 0 Deposits | 0.00 | Annual percentage yield earned | 0.00% |
| 48 Withdrawals | -32,042.91 | Average monthly balance | $2,209.77 |
| 87 Checks | -35,008.51 | | |
| **Ending Balance** | **$795.63** | | |

**For your protection:**
Examine this statement promptly. Any discrepancy must be reported within 30 days. Consumer customers: A discrepancy regarding an electronic payment or line of credit must be reported within 60 days.

In South Dakota, Bank of the West operates under the name of Bank of the West California.

 Member FDIC

 EQUAL HOUSING LENDER

# Bank of the West

## CHOICE BUSINESS CHECKING xxx-xx5524 (continued)

### ACCOUNT DETAIL

### Credits

| Date | Amount | Description |
|---|---|---|
| 05/01 | $20.00 | SERVICE CHG REBATE<br>VALUED CUSTOMER SERVICE CHARGE REBATE |
| 05/01 | 5,716.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/02 | 2,500.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/05 | 1,000.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/06 | 1,500.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/06 | 2,000.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/07 | 3,000.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/08 | 7,705.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/15 | 7,013.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/16 | 5,000.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/20 | 2,000.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/21 | 1,000.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/22 | 1,000.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/23 | 7,650.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/29 | 10,000.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |
| 05/30 | 10,000.00 | ONLINE TRANSFER<br>TRANSFER FROM CHECKING \*\*\*-\*\*9614 |

**16 credits for a total of $67,104.00**

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 05/01 | $20.00 | MONTHLY SVC CHG<br>PREVIOUS PERIOD ACTIVITY RESULTED IN MONTHLY SERVICE CHARGE |
| 05/05 | 5,715.83 | PAID ACH DEBIT<br>PAYCHEX TPS TAXES 050214 55053300001442X CCD |
| 05/05 | 35.00 | PAID OVERDRAFT FEE |
| 05/06 | 50.05 | ELECTRONIC CHECK<br>CONVERTED PAID ITEM 309260 CHECK #: 30096 |
| 05/06 | 56.30 | ELECTRONIC CHECK<br>CONVERTED PAID ITEM 309252 CHECK #: 30075 |
| 05/06 | 113.70 | ELECTRONIC CHECK<br>CONVERTED PAID ITEM 309256 CHECK #: 30082 |



## CHOICE BUSINESS CHECKING xxx-xx5524 (continued)

ACCOUNT DETAIL

**Withdrawals**

| Date | Amount | Description |
|---|---:|---|
| 05/06 | $122.22 | ELECTRONIC CHECK CONVERTED PAID ITEM 309259 CHECK #: 30089 |
| 05/06 | 125.86 | ELECTRONIC CHECK CONVERTED PAID ITEM 309258 CHECK #: 30088 |
| 05/06 | 130.37 | PAID ACH DEBIT PAYCHEX EIB INVOICE 050514 X55063000002126 CCD |
| 05/06 | 159.84 | ELECTRONIC CHECK CONVERTED PAID ITEM 309246 CHECK #: 524 |
| 05/06 | 164.99 | ELECTRONIC CHECK CONVERTED PAID ITEM 309248 CHECK #: 30060 |
| 05/06 | 168.61 | ELECTRONIC CHECK CONVERTED PAID ITEM 309253 CHECK #: 30078 |
| 05/06 | 201.78 | ELECTRONIC CHECK CONVERTED PAID ITEM 309255 CHECK #: 30080 |
| 05/06 | 226.17 | ELECTRONIC CHECK CONVERTED PAID ITEM 309247 CHECK #: 30057 |
| 05/06 | 232.00 | ELECTRONIC CHECK CONVERTED PAID ITEM 309254 CHECK #: 30079 |
| 05/06 | 364.12 | ELECTRONIC CHECK CONVERTED PAID ITEM 309251 CHECK #: 30073 |
| 05/06 | 433.99 | ELECTRONIC CHECK CONVERTED PAID ITEM 309249 CHECK #: 30068 |
| 05/06 | 613.02 | ELECTRONIC CHECK CONVERTED PAID ITEM 309250 CHECK #: 30069 |
| 05/06 | 210.00 | PAID OVERDRAFT FEE |
| 05/07 | 54.67 | ELECTRONIC CHECK CONVERTED PAID ITEM 306834 CHECK #: 30092 |
| 05/07 | 140.48 | ELECTRONIC CHECK CONVERTED PAID ITEM 306835 CHECK #: 30093 |
| 05/07 | 416.43 | ELECTRONIC CHECK CONVERTED PAID ITEM 306831 CHECK #: 30062 |
| 05/07 | 442.37 | ELECTRONIC CHECK CONVERTED PAID ITEM 306833 CHECK #: 30071 |
| 05/07 | 466.19 | ELECTRONIC CHECK CONVERTED PAID ITEM 306832 CHECK #: 30067 |
| 05/07 | 175.00 | PAID OVERDRAFT FEE |
| 05/09 | 1,790.35 | ELECTRONIC DBT PAYCHEX TPS TAXES 050914 55157100001129X CCD |
| 05/12 | 41.90 | ELECTRONIC DBT PAYCHEX EIB INVOICE 051214 X55163300000225 CCD |
| 05/16 | 5,704.47 | ELECTRONIC DBT PAYCHEX TPS TAXES 051614 55263900000137X CCD |
| 05/20 | 36.07 | ELECTRONIC CHECK CONVERTED PAID ITEM 309783 CHECK #: 30143 |
| 05/20 | 76.69 | ELECTRONIC CHECK CONVERTED PAID ITEM 309784 CHECK #: 30145 |
| 05/20 | 86.80 | ELECTRONIC CHECK CONVERTED PAID ITEM 309781 CHECK #: 30133 |
| 05/20 | 98.81 | ELECTRONIC CHECK CONVERTED PAID ITEM 309785 CHECK #: 30146 |

# Bank of the West
# Account Statement

May 1, 2014 - May 31, 2014

Page 4 of 6

## CHOICE BUSINESS CHECKING xxx-xx5524 (continued)

ACCOUNT DETAIL

### Withdrawals

| Date | Amount | Description |
|---|---|---|
| 05/20 | $101.03 | ELECTRONIC CHECK |
| | | CONVERTED PAID ITEM 309782 CHECK #: 30134 |
| 05/20 | 130.08 | PAID ACH DEBIT |
| | | PAYCHEX EIB INVOICE 051914 X55267100001246 CCD |
| 05/20 | 167.36 | ELECTRONIC CHECK |
| | | CONVERTED PAID ITEM 309779 CHECK #: 30131 |
| 05/20 | 211.56 | ELECTRONIC CHECK |
| | | CONVERTED PAID ITEM 309780 CHECK #: 30132 |
| 05/20 | 373.67 | ELECTRONIC CHECK |
| | | CONVERTED PAID ITEM 309778 CHECK #: 30125 |
| 05/20 | 210.00 | PAID OVERDRAFT FEE |
| 05/21 | 15.28 | ELECTRONIC CHECK |
| | | CONVERTED PAID ITEM 307498 CHECK #: 30149 |
| 05/21 | 127.16 | ELECTRONIC CHECK |
| | | CONVERTED PAID ITEM 307497 CHECK #: 30148 |
| 05/21 | 258.51 | ELECTRONIC CHECK |
| | | CONVERTED PAID ITEM 307495 CHECK #: 30128 |
| 05/21 | 600.68 | ELECTRONIC CHECK |
| | | CONVERTED PAID ITEM 307494 CHECK #: 30122 |
| 05/21 | 175.00 | PAID OVERDRAFT FEE |
| 05/23 | 1,000.00 | ONLINE TRANSFER |
| | | TRANSFER TO CHECKING ***-**9614 |
| 05/23 | 1,773.04 | ELECTRONIC DBT PAYCHEX TPS TAXES 052314 55355400000144X CCD |
| 05/27 | 41.90 | ELECTRONIC DBT PAYCHEX EIB INVOICE 052714 X55360600001996 CCD |
| 05/30 | 141.39 | ELECTRONIC DBT PAYCHEX EIB INVOICE 053014 X55434000004035 CCD |
| 05/30 | 8,042.17 | ELECTRONIC DBT PAYCHEX TPS TAXES 053014 55428800001061X CCD |

48 withdrawals for a total of $32,042.91

### Checks Paid

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 30005 | 05/08 | 135.64 | 30081* | 05/07 | 213.94 | 30108 | 05/16 | 110.54 |
| 30036* | 05/29 | 91.05 | 30083* | 05/05 | 50.40 | 30109 | 05/19 | 214.55 |
| 30041* | 05/06 | 91.92 | 30085* | 05/06 | 18.57 | 30110 | 05/16 | 363.17 |
| 30042 | 05/19 | 130.86 | 30087* | 05/05 | 226.41 | 30111 | 05/27 | 86.18 |
| 30054* | 05/08 | 121.06 | 30090* | 05/09 | 169.51 | 30112 | 05/16 | 101.68 |
| 30055 | 05/02 | 81.10 | 30094* | 05/19 | 135.36 | 30113 | 05/16 | 583.35 |
| 30056 | 05/02 | 44.27 | 30095 | 05/19 | 69.64 | 30114 | 05/23 | 330.31 |
| 30058* | 05/02 | 310.55 | 30097* | 05/13 | 127.16 | 30115 | 05/16 | 524.88 |
| 30059 | 05/07 | 61.34 | 30098 | 05/13 | 7.60 | 30116 | 05/19 | 616.38 |
| 30061* | 05/02 | 567.05 | 30099 | 05/12 | 56.31 | 30117 | 05/19 | 295.71 |
| 30063* | 05/02 | 601.16 | 30100 | 05/14 | 26.95 | 30118 | 05/16 | 486.48 |
| 30064 | 05/07 | 254.12 | 30101 | 05/09 | 1,073.84 | 30119 | 05/20 | 452.69 |
| 30066* | 05/02 | 472.98 | 30102 | 05/09 | 1,047.72 | 30120 | 05/19 | 454.69 |
| 30070* | 05/02 | 557.66 | 30103 | 05/09 | 1,370.33 | 30121 | 05/19 | 80.58 |
| 30072* | 05/02 | 88.67 | 30104 | 05/12 | 1,349.47 | 30123* | 05/19 | 528.15 |
| 30074* | 05/02 | 521.51 | 30105 | 05/09 | 1,030.78 | 30124 | 05/16 | 193.11 |
| 30076* | 05/02 | 381.22 | 30106 | 05/19 | 114.35 | 30126* | 05/16 | 441.31 |
| 30077 | 05/02 | 314.36 | 30107 | 05/19 | 64.94 | 30127 | 05/16 | 391.17 |

*Break in check number sequence.*

 bankofthewest.com

 1-800-488-2265

Case 4:14-bk-01278-BMW    Doc 122-3    Filed 06/13/14    Entered 06/13/14 17:51:26
Desc Exhibit C    Page 10 of 11

## CHOICE BUSINESS CHECKING xxx-xx5524 (continued)

### ACCOUNT DETAIL

**Checks Paid**

| Number | Date paid | Amount | Number | Date paid | Amount | Number | Date paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 30129* | 05/19 | 102.75 | 30155 | 05/30 | 194.79 | 30175* | 05/29 | 242.59 |
| 30130 | 05/16 | 267.61 | 30156 | 05/29 | 125.45 | 30183* | 05/29 | 79.16 |
| 30138* | 05/19 | 163.25 | 30159* | 05/30 | 357.10 | 30184 | 05/29 | 217.78 |
| 30139 | 05/28 | 110.82 | 30160 | 05/29 | 706.77 | 30185 | 05/29 | 135.98 |
| 30141* | 05/27 | 225.52 | 30161 | 05/30 | 565.96 | 30187* | 05/30 | 346.78 |
| 30144* | 05/28 | 98.38 | 30162 | 05/29 | 788.13 | 30189* | 05/29 | 107.11 |
| 30147* | 05/20 | 75.90 | 30165* | 05/29 | 613.34 | 30190 | 05/30 | 175.30 |
| 30151* | 05/23 | 1,009.19 | 30169* | 05/29 | 585.53 | 30191 | 05/30 | 141.61 |
| 30152 | 05/27 | 1,370.33 | 30170 | 05/29 | 479.09 | 30196* | 05/29 | 644.31 |
| 30153 | 05/23 | 1,349.47 | 30172* | 05/30 | 723.96 | 30198* | 05/29 | 2,016.32 |
| 30154 | 05/27 | 1,030.78 | 30173 | 05/29 | 270.61 | 30199 | 05/29 | 1,452.11 |

**87 checks paid for a total of $35,008.51**

*Break in check number sequence.*