**EXHIBIT "D"**

# Sells, Amy D. (PHX x3304)

| | |
|---|---|
| **From:** | Sells, Amy D. (PHX x3304) |
| **Sent:** | Thursday, June 05, 2014 12:52 PM |
| **To:** | 'scott@sdglaw.net' |
| **Cc:** | Gabriel, Isaac M. (PHX x3622) |
| **Subject:** | FW: Rewards/Metropolitan, et al. - Unauthorized Use of Cash Collateral [QBLLP-ACTIVE.FID37150305] |
| **Attachments:** | DOC023.pdf |
| **Importance:** | High |

Thank you, Scott, but the information in these statements is problematic. As you know, when Metropolitan Grill shut its doors on May 26th, that constituted a default under our cash collateral order and, at that time, all funds should have been sequestered for the benefit of Rewards and no expenses or payroll should have been paid.

Furthermore, on May 29th, when we happened to discover that Metropolitan Grill shut down operations, I sent you notice (absent any obligation to do so) of Metropolitan Grill's default under the cash collateral order and I expressly demanded that no monies be transferred by Metropolitan Grill and that no payroll or other expenses be paid by Metropolitan Grill.

Yet, according to these statements, approximately $28,000 in transfers, withdrawals and checks were debited from the checking account on or after May 26th and payroll was also paid in regular course.

Your client must compensate Rewards for the loss of its cash collateral. If your client refuses to do so, Rewards will have no choice but to revoke all authorization to use cash collateral. Please respond by no later than **close of business tomorrow** with a meaningful proposal as to how your client intends to reimburse Rewards for the loss of its cash collateral. If your client fails to present a worthwhile and timely proposal, we will take this matter up with the Court.

**Amy D.** ~~Reyes~~ **Sells**
Attorney
Quarles & Brady LLP
One Renaissance Square
Two North Central Avenue
Phoenix, Arizona 85004-2391
www.quarles.com
P: (602) 229-5304
F: (602) 420-5188
amy.reyes@quarles.com

---

**From:** Scott Gibson [mailto:scott@sdglaw.net]
**Sent:** Wednesday, June 04, 2014 2:24 PM
**To:** Sells, Amy D. (PHX x3304)
**Subject:** FW: Rewards/Metropolitan, et al. - Default under Cash Collateral Order [QBLLP-ACTIVE.FID37150305]

Per your request

PLEASE NOTE NEW ADDRESS

1